UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RYAN RANDALL,

     Plaintiff,

v.

LINQ SECURITY, LAS VEGAS POLICE,

     Defendants.

Case No. 2:24-cv-00338-RFB-EJY

**ORDER**

Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint February 16, 2024 (ECF No. 1-1); however, he neither paid the filing fee of $405 to commence a civil action nor filed an application to proceed *in forma pauperis* ("IFP"), which under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1, he must do if he wishes to proceed without paying the required fee. LSR 1-1 states: "[a]ny person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application **must** be made on the form provided by the court and **must** include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." (Emphasis added).

The Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it until the matter of Plaintiff's IFP application or payment of the filing fee is resolved.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** mail Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner as well as the document entitled instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 29, 2024**, Plaintiff must either (1) file a complete application to proceed *in forma pauperis* by a non-prisoner, or (2) pay the $405 filing fee for a civil action.

IT IS FURTHER ORDERED that the Clerk of Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **March 29, 2024** will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 23rd day of February, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE